UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Mohan A. Harihar**

       **Plaintiff,**

                             CR No. 26-11666-ADB
      v.

**Massachusetts Association
of Realtors et al**

      **Defendant**


ORDER OF RECUSAL

BURROUGHS, D.J.


I hereby disqualify myself in this proceeding pursuant to 28 U.S.C. 455 (a).  The case will be redrawn to another district judge in the Eastern Division.

SO ORDERED.


                           /s/ Allison D. Burroughs
                           Allison D. Burroughs
                           United States District Judge

Dated: 4/9/26