**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MOHAN HARIHAR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MASSACHUSETTS ASSOCIATION OF<br>REALTORS, NORTHEAST<br>ASSOCIATION OF REALTORS<br><br>　　　　Defendants. | DOCKET NO. **1:26-cv-11666-IT** |

## PLAINTIFF'S MOTION TO EXPEDITE RULING ON PENDING MOTIONS AND ISSUANCE OF SUMMONSES

Plaintiff respectfully moves the Court to expedite rulings on the following pending matters:

1. **Motion for Leave to Proceed In Forma Pauperis** (Dkt. 6, filed 05/11/2026);

2. **Motion for Leave to File Electronically Pro Se** (Dkt. 2); and

3. **Issuance of Summonses** upon resolution of the above.

---

### 1. Procedural Posture

The docket reflects:

- Complaint filed on **April 9, 2026** (Dkt. 1);

- Sua sponte **recusal by Judge Burroughs** the same day (Dkt. 4);

- Reassignment to **Judge Talwani** (Dkt. 5);

- Filing of Plaintiff's **IFP motion** on **May 11, 2026** (Dkt. 6).

As of the date of this filing, no action has been taken on the IFP motion, the electronic filing motion, or the issuance of summonses.

---

## 2. Basis for Expedited Relief

### A. The case cannot proceed without IFP adjudication

Under 28 U.S.C. § 1915, the Court must rule on the IFP motion before:

- Screening the complaint;
- Directing the Clerk to issue summonses;
- Allowing service to proceed.

The current delay prevents Plaintiff from prosecuting the action.

### B. The delay is causing material prejudice

Because this case is factually and procedurally intertwined with Plaintiff's other federal matters—each of which has required governmental notification and administrative oversight—timely action is necessary to:

- Maintain consistency across related proceedings;
- Avoid compounding procedural prejudice;
- Ensure that this matter progresses in the ordinary course.

### C. The requested relief is modest and procedural

Plaintiff does **not** seek substantive rulings.

Plaintiff seeks only:

- Timely adjudication of pending motions; and
- Issuance of summonses so that service may proceed.

**3. Requested Relief**

Plaintiff respectfully requests that the Court:

1. **Expedite ruling** on Plaintiff's Motion to Proceed In Forma Pauperis (Dkt. 6);

2. **Expedite ruling** on Plaintiff's Motion for Leave to File Electronically Pro Se (Dkt. 2);

3. **Direct the Clerk** to issue summonses upon resolution of the IFP motion; and

4. Grant such other relief as the Court deems just and proper.

---

Respectfully submitted this **25th day of May, 2026.**

*/s/ Mohan A. Harihar*
**Mohan A. Harihar**
Petitioner
7124 Avalon Drive
Acton, MA 01720
617.921.2526 (Mobile)
Mo.harihar@gmail.com

## Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this Motion: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the Motion otherwise complies with the requirements of Rule 11.